

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Herman Knightshade,

\* From the 385th District Court
of Midland County,
Trial Court No. CV49624.

Vs. No. 11-17-00250-CV

\* July 25, 2019

Star Freight, L.L.C. and
Marlow Rodriguez,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Herman Knightshade.